**Order entered December 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00419-CR

**EDWIN NOEL HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-2115517-I**

## ORDER

Appellant was convicted of capital murder. His brief names the minor victim and a minor witness. Because the brief is in violation of rule 9.10 of the Texas Rules of Appellate Procedure, we **STRIKE** appellant's brief. *See* TEX. R. APP P. 9.10(a)(3),(b).

We **ORDER** appellant to file, within **FIFTEEN DAYS** of the date of this order, an amended brief that identifies the minor victim and the minor witness by initials only.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE